United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL QUELLHORST, § § Plaintiff. § § V. § CIVIL ACTION NO. 4:25-CV-1229 § 2929 REAL ESTATE HOLDINGS, § § Defendant. § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 20, 2025, this case was referred to United States Magistrate Judge Christina A. Bryan for all pretrial purposes. (Dkt. 14). Judge Bryan filed a Memorandum and Recommendation on November 21, 2025, recommending that Defendant's motion to dismiss (Dkt. 13) be **GRANTED** and that this case be **DISMISSED WITH PREJUDICE**. (Dkt. 22). On December 3, 2025, Plaintiff filed his objections. (Dkt. 23). Defendant responded to Plaintiff's objections on December 17, 2025. (Dkt. 24).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; Defendant's response to Plaintiff's objections; the Memorandum and Recommendation; the pleadings;

and the record. The Court **ACCEPTS** Judge Bryan's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Bryan's Memorandum and Recommendation (Dkt. 22) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's motion to dismiss (Dkt. 13) is **GRANTED**; and

(2) Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED and ENTERED this <u>13th</u> day of February 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE
